```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
FELIX CASTRO,                                                :
                                    Plaintiff,               :
                                                             :        23 Civ. 6540 (LGS)
                -against-                                    :
                                                             :             ORDER
STARR WESTERN WEAR, INC.,                                    :
                                    Defendant.               :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated July 31, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for September 13, 2023;

WHEREAS, Defendant's executed waiver of the service of summons was filed on August 11, 2023;

WHEREAS, Defendant has not appeared in this case;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **September 13, 2023,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendant, no later than **September 13, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for

default judgment as to Defendant and related papers as provided in the Court's Individual Rules. It is further

**ORDERED** that the initial pretrial conference scheduled for September 13, 2023, is adjourned to **September 20, 2023, at 4:10 P.M.**

Dated: September 8, 2023
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE