**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIX CASTRO, on behalf of himself and all others similarly situated,<br><br>         Plaintiff(s),<br><br>v.<br><br>STARR WESTERN WEAR, INC.<br>         Defendant. | Case No. 1:23-cv-06540-LGS |

## NOTICE OF SETTLEMENT

   The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant Starr Western Wear, Inc. and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Dated: September 12, 2023

                      **The Law Office of Noor A. Saab, Esq.**

                      *By: /s/ Noor A. Saab*
                      Noor A. Saab, Esq.
                      *Attorneys for Plaintiff*
                      380 N. Broadway, Penthouse West
                      Jericho, New York 11753
                      Tel: 718-740-5060
                      Email: NoorASaabLaw@Gmail.com